**PRESS FIRMLY TO SEAL**



**PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

 **UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL**®

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2


FILED
OCT 21 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

---

**UNITED STATES POSTAL SERVICE**® | **Click-N-Ship**®

usps.com
$9.00
US POSTAGE

**P**

 9405 5301 0935 5049 7651 89 0090 0001 0001 9801

U.S. POSTAGE PAID
Click-N-Ship®



10/18/2024        Mailed from 72601  319862907368244

**PRIORITY MAIL**®

DAVID STEBBINS
APT D
123 W RIDGE AVE
HARRISON AR 72601-4236

U.S.M.S.
X-RAY

10/21/2024
Flat Rate Envelope
RDC 03

C012



US DISTRICT COURT FOR THE DISTRICT OF
UNIT 18
844 N KING ST
WILMINGTON DE 19801-3519

**USPS TRACKING #**



9405 5301 0935 5049 7651 89



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.