UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                              PLAINTIFF

VS.                          Case No. ____**24 - 1173**____

JOHN DOE, d.b.a. SKIBBIDY DIBBITY                           DEFENDANT

**FILED** OCT 21 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR ECF ACCESS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for CM/ECF Access in the above-styled matter.

1.      According to Page 19 of this Court's Pro Se Handbook[1], access to CM/ECF for pro se litigants is allowed with the Court's approval. The Court should grant me permission to do so for the following reasons:

- **Reason #1: I am far away**. I am from the State of Arkansas. Forcing me to file everything in this case using postal mail would cause this case to become tediously slow.
- **Reason #2: This is already a cyberspace case**. The original copyrighted works were uploaded to YouTube, the corresponding infringement occurred on another website, and all pre-filing correspondence between myself and the defendants have been carried out exclusively over email. As such, it is only fitting that the case itself be litigated in cyberspace.
- **Reason #3: I have experience using the ECF**. I have filed my fair share of copyright infringement cases in the Northern District of California (since that is where YouTube is located). The Court can see that I have several years of experience filing electronically in that court, and that experience is likely that experience will carry over here.
- **Reason #4: Likelihood of a long and drawn-out litigation**. This is a case for copyright infringement. These cases are seldom resolved quickly and cheaply. Individual mailings may be cheap by themselves, but in a case like this one, they are likely to add up fast.

2.      I therefore humbly ask the Court to instruct the Clerk's Office to give me access to ECF.

So requested on this, the 18th day of October, 2024.

_David Stebbins_
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

_____

1  Which can be found at the URL of https://www.ded.uscourts.gov/sites/ded/files/Pro%20Se%20Handbook.pdf