IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1173 (MN) |
| | ) | |
| JOHN DOE, d/b/a Skibbidy Dibbidty, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

At Wilmington, this 25th day of October 2024, the Court having considered the application

to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. 1), IT IS

HEREBY ORDERED that the application is **GRANTED**.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge