UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID STEBBINS | PETITIONER |
| VS.          Case 1:24-mc-478-MN | |
| GOOGLE LLC AND RUMBLE INC. | RESPONDENTS |
| DAVID STEBBINS | PLAINTIFF |
| VS.          Case 1:24-cv-01173-MN | |
| JOHN DOE, d/b/a SKIBBIDY DIBBITY | DEFENDANTS |
| DAVID STEBBINS | PLAINTIFF |
| VS.          Case 1:24-cv-01174-MN | |
| RUMBLE, INC. and JOHN DOE, d/b/a THE SPECTRE REPORT | DEFENDANTS |

## RENEWED MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Renewed Motion for Authorization to File Electronically in the three above-styled actions.

1. For simplicity's sake, the contents of all three of my previous Motions for ECF Access (Dkt. 9 in Case 24-mc-478, and Dkt. 4 in Cases 24-cv-1173 and 24-cv-1174) are hereby incorporated by reference.

2. Per the Court's instructions, I hereby make the following representations:

(a) I have a PACER account, and I have had one for over a decade now.

(b) I have reviewed Court's online tutorial on how to file electronically. In addition, as I mentioned in the previous motions, I have been filing using ECF for years now, so I already know how this works.

3. Therefore, I respectfully ask the Court to grant this renewed motion and authorize me to

-1-



file electronically in these three cases.

So requested on this, the 28th day of October, 2024.

David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

-2-

Stebbins
123 W Ridge Ave.
APT D
Harrison, AR 72601

US District Court
844 N. King St.
Unit 18
Willmington, DE 19801

U.S.M.S. X-RAY

NW ARKANSAS AR 727

29 OCT 2024 PM 1 L

As in past elections
USPS is ready

If you choose to vote by mail
please mail early

PURPLE HEART
FOREVER U.S.A

19801-957099

