IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID STEBBINS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GOOGLE, LLC, et al.,<br><br>　　　　　　Respondents. | )<br>)<br>)<br>)<br>)　Misc. Action No. 24-478 (MN)<br>)<br>)<br>)<br>) |
| DAVID STEBBINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE, d/b/a Skibbidy Dibbidty,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 24-1173 (MN)<br>)<br>)<br>)<br>) |
| DAVID STEBBINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RUMBLE, INC., et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 24-1174 (MN)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington, this 14th day of November 2024;

IT IS HEREBY ORDERED that Petitioner/Plaintiff's Renewed Motion for Authorization to File Electronically (D.I. 12 in Misc. Action 24-478; D.I. 7 in C.A. No. 24-1173; D.I. 7 in C.A. No. 24-1174) is GRANTED.  Petitioner/Plaintiff is granted e-filing privileges for these

actions ONLY.  Petitioner/Plaintiff shall contact the Clerk's Office Help Desk at (302) 573-6170

in order to obtain the applicable CM/ECF registration form.

_____

The Honorable Maryellen Noreika
United States District Judge

2