# Exhibit A



**Query    Reports ▾    Utilities ▾    Help    Log Out**

## No information was found that matched the search criteria entered.

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/07/2026 14:31:34 | | | |
| **PACER Login:** | 🟥 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/1/2024 Filed To: TODAY Last Name: Stebbins First Name: David Type: pty |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |