# Exhibit C

<   Back to **Overview for Brandon Hill**



# Brandon Hill, Age 28 ✅

Who was born in October 1997, lives in Wrightstown, NJ and is also known as Brandon R Hill.

✅   Information in this profile meets our highest quality data standards.

GET **FREE** FULL BACKGROUND REPORT

⬇ **PDF**   |   **SHARE**   |   **MORE**   ००o

---

# Contact                                                         ०००

Brandon has 5 phone numbers and 1 email address

📱   **(609) 752-2017**  ✅
     **BEST PHONE** • IIII •   Active • Wireless
     *Found in 1 data source 6 months ago*

     👍        👎

✉   **blackfire652@comcast.net**
     **BEST EMAIL** • IIII • Network
     *Found in 1 data source 6 months ago*

     👍        👎

GET **FREE** FULL BACKGROUND REP

## Possible Contact Information

svc
ico
### (609) 286-2886
IIII •    Status unknown • Voip

*Found in 1 data source 8 months ago*

👍    👎

### (410) 420-1310
IIII •    Active • Landline

*Found in 1 data source 1 year ago*

👍    👎

### (609) 851-9637
IIII •    Active • Wireless

*Found in 1 data source 1 year ago*

👍    👎

SEE MORE  ⌄

## Location History                    ○○○

Brandon lived in a home in NJ.

 1

# 222 Chestnut Dr

**WRIGHTSTOWN, NJ 08562**  •  2019 - 2025

Brandon lived in this home. Previous residents are Edith R., Erin H. and 1 other.

$568k est. value • Last sold in 1995 • 2,757 sqft. (living) • 45,651 sqft. (lot) • Built in 1993 • Home

*Found in 2 data sources 5 months ago*

    

VIEW PROPERTY

## LOCATION HISTORY DATA SOURCES

Here are the sources we collect and search to populate data for this section: Assessor's Records, County Records, Recorder's Records, and Real Estate Data

# Family

○○○

No results from over 1 billion relationship data points.

## FAMILY DATA SOURCES

Here are the sources we collect and search to populate data for this section: People Profiles, Birth Records, Death Record, Marriage Records, Household, and Marketing Data

GET **FREE** FULL BACKGROUND REP

# Social

○○○

We found 1 social match



## Brandon Hill

**FACEBOOK** • **Matched by Email**

Profile linked to Brandon with email blackfire652@comcast.net
*Last checked 5 years ago*

    

**VIEW ON FACEBOOK** ↗

### SOCIAL DATA SOURCES

Here are the social profile sources we collect and search to populate data for this section: Blogs / Discussion, Personal Networks, Music / Gaming, Media Sharing, Dating Sites, and Shopping Sites

# Court

We Search 620 Million Court Records for any matches

✔ Police and Criminal Records

✔ Sex Offender Registry and Records

✔ Traffic Violations and Assaults

✔ Arrest Records and more...



GET **FREE** FULL BACKGROUND REP



# Court & Criminal Records

**RECORDS** • **Matched by Name, Age, County**

Add Court Records to your membership to search records from these categories:

Known Locations • Alias & Nicknames • Statewide Search • Nationwide Search
*Found in 1 data source*

**UNLOCK COURT RECORDS**

**COURT DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Court Records, Criminal Records, Traffic Records, and Sex Offender Registry

# Personal ⚙⚙⚙

We found Birth information for Brandon.



# Born in Oct 1997

**BIRTH INFORMATION**

Brandon was born in October 1997 and is 28 years old.
*Found in 1 data source*





**GET FREE FULL BACKGROUND REP**



# Personal & Historical Records

**RECORDS**  •  **Matched by Name, Age, County**

Add Historical Records to your membership to search records from these categories:

Birth & Death • Marriage & Divorce • US Census Records • Immigration Records
*Found in 1 data source*

UNLOCK PERSONAL

## PERSONAL DATA SOURCES

Here are the sources we collect and search to populate data for this section: Public Records, Marriage Records, Death Records, Birth Data, Divorce Data, and Marketing Data

# Wealth

000

No results from over 370 million financial records.

## LIFESTYLE INTERESTS

Information based on household and collected by companies and events for marketing usage.
1 Name Searched • 1 Alias Searched • 1 Location Searched • Marketing Data Searched

## WEALTH DATA SOURCES

Here are the sources we collect and sea

GET **FREE** FULL BACKGROUND REP

Case 1:26-cv-09914-KMW-MJS     Document 11-3     Filed 04/18/26     Page 8 of 9 PageID: 51

Properties, Social Profiles, Business Records, and Lifestyle Marketing Data

---

# Work and Education                                                    ⚬⚬⚬

Brandon has 2 education records.

---

### EDUCATION

Brandon has 2 education records.



## Rowan College At Burlington County
**CULINARY ARTS, GRAPHIC DESIGN**

**Location:** Mount Laurel, NJ, USA • **School Links:** <u>Website</u>, <u>Linkedin</u>
*Found in 1 data source 9 months ago*

   



## Notre Dame High School
*Found in 1 data source 2 years ago*

   

---

### WORK AND EDUCATION DATA SOURCES

Here are the sources we collect and search to populate data for this section: Company Profiles, Business Records, Professional Bio, Education Records, Certification Records, and Social Profiles

GET **FREE** FULL BACKGROUND REP

† Information on this page marked with a light teal hollow checkmark meets our highest quality data standards.

Do not use any information obtained through Spokeo to determine a person's eligibility for credit, insurance, employment, housing (tenant screening), or for any other purpose covered under the Fair Credit Reporting Act (FCRA). Spokeo is not a consumer reporting agency and does not offer consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.

| About | Terms | Privacy | Cookies |
|---|---|---|---|
| Contact | Careers | Help | Blog |
| Affiliates | API | | |

Copyright © 2006-2026 Spokeo, Inc.



GET **FREE** FULL BACKGROUND REP