# Exhibit D

   Search by        **People**      **Phone**      **Property**      **Email**

     

Date Updated: 2026-04-17        ♥ Saved



# Brandon R Hill

**Add to Family Tree**

Age: 28, Born Oct, 1997, ♎ Libra

Location: Wrightstown, NJ

Aliases: No Aliases found

## Contact Information

📍 Wrightstown, NJ

📞 (609) 752-2017

✉️ No email address found

🔗 No social media found

## Additional Information

💼 **Job:** No jobs found

🎓 **Education:** No education found

👥 **Family:** 2 relatives found

⚖️ **Criminal or Traffic:** Search for potential records

## ☁ Report Attachments

Add supporting files to complete the story behind this report. Attach PDFs, images, or records to keep important details organized.

🛡 **Your attachments remain private and never appear publicly.**



☁ **Start Uploading**

## 📞 Possible Phone Numbers ⓘ                    • • •

 **Brandon R Hill**
Person Report                                        ⌃  ⌄



**View**

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our <u>Terms</u> strictly prohibit use of our data for spam and other marketing activity. Please note, West Virginia phone numbers are currently unavailable.

## ✉ Possible Email Addresses ⓘ                    •••

No possible email addresses associated with Brandon R Hill were found.

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our <u>Terms</u> strictly prohibit use of our data for spam and other marketing activity.

## 📍 Possible Locations ⓘ                    •••



Reveal

**Wrightstown, NJ**

**View Insights**

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our <u>Terms</u> strictly prohibit use of our data for spam and other marketing activity. Please note, West Virginia addresses are currently unavailable.

## ⌯ Possible Social Media ⓘ                    •••

No possible social media associated with Brandon R Hill were found.

**Brandon R Hill**
Person Report



Search by    People    Phone    Property    Email

No possible usernames associated with Brandon R Hill were found.

## 🔎 Names & Ancestry ⓘ                                        •••

### Brandon

From a surname that was derived from a place name meaning "hill covered with broom" in Old English. It is sometimes also used as a variant of **Brendan.**

Usage: English

### Hill

Originally given to a person who lived on or near a hill, derived from Old English *hyll*.

Usage: English

Info provided by behindthename.com

📖

## For More Information, Check Our **New & Improved** Name History Search!

Uncover **Brandon Hill's** name usage patterns, historical meaning, cultural context, and notable personalities, all in one place!

**Visit Name History Search**

**Brandon R Hill**
Person Report



Changes in the preview may occur based on adding to your family tree or confirmed relatives.

## 👥 Possible Relatives ⓘ     •••

**KK**    **Kathryn Keating Hill**

Possible relative: Parent

Age: 65

Lives in: Wrightstown, NJ

Aliases: Kathryn Ann Keating Hill, Kathryn Ann Keatinghill   (+6)

👍 👎 🚫

( Add to Family Tree )   ( View )

| Contact Info | ⌄ |
|---|---|

**BH**   **Brian Hill**

---

👤 **Brandon R Hill**
Person Report     ⌃ ⌄



Age: 64

Lives in: Wrightstown, NJ

Aliases: Brian F Hill

**Add to Family Tree**    View

**Contact Info**    ⌄

## 👥 Possible Marriage & Divorce Records    •••

No possible marriage & divorce records associated with Brandon R Hill were found.

## 👥 Possible Associates    •••

No possible associates associated with Brandon R Hill were found.

## 👥 Possible Neighbors    •••



JB    **Jimease Bailey**

Age: 49

Location: Wrightstown, NJ

View

NM    **Nancy Mannuccia**

👤 **Brandon R Hill**
Person Report



Search by          People      Phone      Property      Email

**JT**    **Joanna Tallone**

Age: 52

Location: Wrightstown, NJ

View

**DM**    **Deborah Manocchio**

Age: 68

Location: Wrightstown, NJ

View

**RC**    **Rosiland Corley**

Age: 73

Location: Wrightstown, NJ

View

**LM**    **Lance Manocchio**

Age: 63

Location: Wrightstown, NJ

View

**Brandon R Hill**
Person Report



Search by

**People**       **Phone**       **Property**       **Email**

Location: Wrightstown, NJ

View

**MM**   **Mary May**

Age: 79

Location: Wrightstown, NJ

View

**KO**   **Kirk Odell**

Age: 73

Location: Wrightstown, NJ

View

**WO**   **Wendi Odell**

Age: 65

Location: Wrightstown, NJ

View

**Brandon R Hill**
Person Report



Search by

People    Phone    Property    Email

Age: 55

Location: Wrightstown, NJ

View

**TO**    **Thomas Odell**

Age: 73

Location: Wrightstown, NJ

View

**RG**    **Rosiland Green**

Age: 25

Location: Wrightstown, NJ

View

**TM**    **Thomas Mannuccia**

Age: 35

Location: Wrightstown, NJ

View

**BM**    **Brianna Mannuccia**

**Brandon R Hill**
Person Report



## TH Travis Hadfield

Age: 33

Location: Burlington, NJ

View

---

## ⚖ Court Records ⓘ  •••

**This information may include:**



Criminal          Traffic          Bankruptcies

**To view ANY criminal and/or traffic records you must confirm that your use is permitted.**

⚠ **You are expressly prohibited from using BeenVerified for any of the following**

🚫 **Employment screening** when evaluating a person for employment, reassignment, promotion or retention.

🚫 **Tenant screening** including (but not limited to) leasing a residential or commercial space.

🚫 **Credit or insurance** to assess the risk of existing credit obligations of an individual OR determining eligibility for issuing credit or insurance.

🚫 **Hiring of household workers** including (but not limited to) nannies and domestic workers.

🚫 **Educational qualifications** including (but not limited to) a persons qualification for an educational program or scholarship.

🚫 **Business transactions initiated by an individual customer** to review a personal customer account to determine whether the person continues to meet the terms of such account.

🚫 Any other reason prohibited by the Fair Credit Reporting Act.

---


**Brandon R Hill**
Person Report



**Search by**

People     Phone     Property     Email

is subject to the Fair Credit Reporting Act, or for any other purpose prohibited by the Terms of Service.

PLEASE BE ADVISED: Criminal or traffic record information contained in our reports may not always be 100% up-to-date, accurate or complete, since data is pulled from records maintained by various state, county, municipal and other government agencies and their contents may not be fully digitized, updated or comprehensive. Not all arrests lead to convictions and some may be sealed, overturned or expunged. Please use our results as no more than a point of departure and certainly no substitute for your own due diligence.

## Search for Court Cases containing any "Brandon R Hill"

Find federal court cases, legal opinions, and case details

**Search Court Cases**

## 💼 Possible Jobs ⓘ     •••

No possible jobs associated with Brandon R Hill were found.

## 🎓 Possible Education ⓘ     •••

No possible education associated with Brandon R Hill were found.

## ⌨ Licenses & Permits     •••

⊘     **No licenses & permits were found**

No relevant licenses or permits could be located in our records.

 **Brandon R Hill**
Person Report     ∧     ∨

Case 1:26-cv-09914-KMW-MJS     Document 11-4     Filed 04/18/26     Page 12 of 15 PageID: 64



Search by          People     Phone     Property     Email

No possible owned assets associated with Brandon R Hill were found.

## ☁ Report Attachments

No report attachments associated with undefined were found.

## ≡ Notes ⓘ                                              •••

Add a note here...                                    **Add a note**

## 👥 Related Reports ⓘ

| | | |
|---|---|---|
| ● **Kathryn Keating Hill**<br>Immediate Relative | | **View** |
| ● **Brian Hill**<br>Immediate Relative | | **View** |

How would you rate this report?          ☆  ☆  ☆  ☆  ☆

# Try Another Search

People     Phone     Property     Email     Username     Vehicle



● **Brandon R Hill**
Person Report                                    ⌃   ⌄



Search by

People          Phone          Property          Email

✦ e.g. John Smith

**Search**

💡 Use the last known city or state where a person resided to help narrow results.

**Advanced Search**

By clicking Search, you agree NOT to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by **FCRA 15 USC 1681 et seq.** , and acknowledge BeenVerified is not a consumer reporting agency. Please see **Terms & Conditions** .

↑  Back to Top

**CONTACT US**

We pride ourselves on our friendly and helpful support!

💬 **Chat with us**

Chat available 24 hours a day via our AI assistant

💬 **support@beenverified.com** 📋

Available 24 hours a day

👤 **Your member ID is**

**905614617** 📋


**Brandon R Hill**
Person Report

Search by          People          Phone          Property          Email

**RESOURCES**

Affiliates

Member Perks

Request API Access

Need More Reports?

**SUPPORT**

Customer Care

Contact Us

Do's & Dont's

FAQ's

**COMPANY**

About BeenVerified

Testimonials

Press

Careers

**STAY CONNECTED**

     

**TRY OUR MOBILE APPS**

Access BeenVerified with one-tap on iPhone, iPad and Android

 

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL

 **Brandon R Hill**
Person Report



Search by

**People**          **Phone**          **Property**          **Email**

require FCRA compliance. For more information governing permitted and prohibited uses, please review our **"Do's & Don'ts"** and our **Terms & Conditions.**

© 2026 BeenVerified, LLC. All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified, LLC.

**Do Not Sell or Share My Personal Information**

**Terms & Conditions**

**Privacy Policy**

Accessibility

PRIVACY SECURED

39.29.1

Cookie Settings

 **Brandon R Hill**
Person Report