# Exhibit E

# Public Records

Property Report For:

## 222 CHESTNUT DR
## Wrightstown, NJ
## 08562

Prepared On:
**April 17, 2026**

Report Link

YOU MAY NOT USE OUR SERVICE OR THE INFORMATION IT PROVIDES TO MAKE DECISIONS ABOUT CONSUMER CREDIT, EMPLOYMENT, INSURANCE OR TENANT SCREENING. BECAUSE ERRORS CAN OCCUR WITH ANY DATA SOURCES, SOME RECORDS MAY NOT BE ACCURATE OR UP TO DATE.

Case 1:26-cv-09914-KMW-MJS	Document 11-5	Filed 04/18/26	Page 3 of 19 PageID: 70

# 222 Chestnut Dr

Wrightstown NJ 08562 (Burlington County)

ESTIMATED VALUE

## $566K - $848K

**Built in 1993**   •   **Residential**   •   **2,757 sq. ft. Living Area**

## Satellite View & Map



Case 1:26-cv-09914-KMW-MJS     Document 11-5     Filed 04/18/26     Page 4 of 19 PageID: 71

# Owners & Residents

MOST RECENT OWNER OR RESIDENT

### Brandon R Hill

28 Years Old

DATES AT LOCATION: 03/26/2019 to 04/17/2026

MOST RECENT OWNER OR RESIDENT

### Brian F Hill

64 Years Old

DATES AT LOCATION: 09/01/1995 to 04/17/2026

MOST RECENT OWNER OR RESIDENT

### Erin K Hill

28 Years Old

DATES AT LOCATION: 03/26/2019 to 04/17/2026

MOST RECENT OWNER OR RESIDENT

### Joan K Keating

68 Years Old (Deceased 2002)

DATES AT LOCATION: 01/01/2003 to 04/17/2026

MOST RECENT OWNER OR RESIDENT

### Kathryn Ann Keating-hill

65 Years Old

DATES AT LOCATION: 09/01/1995 to 10/23/2025

## Melissa Ellen Hodges

48 Years Old

DATES AT LOCATION: 01/24/2003

---

## Richard Calvin Sayers

74 Years Old

DATES AT LOCATION: 02/01/1993 to 01/23/2003

---

## Lori Lea Sayers

74 Years Old

DATES AT LOCATION: 01/10/1993 to 01/23/2003

---

## Kathy Anne Keating

64 Years Old

DATES AT LOCATION: 10/19/1995

# Property Details

## Overall Attributes

NUMBER OF STORIES: 2

YEAR BUILT: 1993

## Interior Dimensions

PARKING SPACES: 2

PARKING TYPE: Garage, Attached

## Other

EXTERIOR WALL TYPE: Wood

FIRE SPRINKLERS: No

HEATING: None

LEGAL DESCRIPTION:
10 8001, HANOVER POND SEC 11, 10 800.01, HANOVER POND SEC 02

# Lot Information



## Overview

LEGAL DESCRIPTION

10 8001HANOVER POND SEC 1110
800.01HANOVER POND SEC 1110
800.01HANOVER POND SEC 0210
8001

LAND USE CODE

Single Family Residence

COUNTY LAND USE CODE

34005

COUNTY

Burlington

| SUBDIVISION NAME | TYPE OF DEED |
|---|---|
| Hanover Pond Sec 11 | Deed Of Trust |

| COORDINATES | LAND SQFT |
|---|---|
| 40.071484, -74.573235 | 45,651 sq. ft. |

| LAND ACRES | ASSESSED YEAR |
|---|---|
| 1.05 acres | 2025 |

| ASSESSED VALUE | LAND VALUE |
|---|---|
| $400,000 | $73,500 |

| IMPROVEMENTS VALUE | PARCEL NUMBER |
|---|---|
| $326,500 | 26 00800- 01-00010 |

| TRACT NAME | GEOID |
|---|---|
| Census Tract 7045 | 34005704500 |

QUALIFIED GEOID

1400000US34005704500

# Liens

NO SOLAR, MECHANICAL, TAX, OR TRANSACTION LIENS FOUND IN OUR DATABASE

# Loans, Assignment & Releases

## Loan Summary

AMORTIZATION DATE
April 06, 2024

EST. AVAILABLE EQUITY
$474,733

EST. LENDABLE EQUITY
$379,786

AMORTIZED LOAN TO VALUE
24%

## First Loan Position

RECORDING DATE
September 22, 2020

LOAN AMOUNT
$160,000

RATE TYPE
ADJUSTABLE RATE

LENDER NAME
BANK OF AMERICA

# Home Value

TOTAL VALUE - UPDATED 03-13-2026

## $741,900

CONFIDENCE SCORE

**76**

PROBABLE MARKET RANGE

## $565,800 - $847,600

CHANGE FROM LAST YEAR

## +5.4%

## Historical Market Value



| DATE | TOTAL VALUE | CHANGE |
|---|---|---|
| 2026-03 | $741,900 | +5.4% |
| 2025-12 | $704,100 | +14.9% |

| 2024-12 | $612,900 | -1.4% |
| 2023-12 | $621,400 | +9.0% |
| 2022-12 | $570,200 | +3.8% |
| 2021-12 | $549,297 | +21.2% |
| 2020-12 | $453,120 | +3.6% |
| 2019-12 | $437,400 | +6.8% |
| 2018-12 | $409,500 | -10.2% |
| 2017-12 | $456,000 | +15.4% |
| 2016-12 | $395,000 | +0.3% |
| 2015-12 | $394,000 | -2.7% |
| 2014-12 | $404,830 | +1.3% |
| 2013-12 | $399,770 | -5.9% |
| 2012-09 | $424,727 | -6.0% |
| 2011-12 | $451,849 | - |

# Deeds & Sales Records

 **September 04, 2020**

## Deed Of Trust

RESIDENTIAL    •    LINE OF CREDIT

### 🏠 BUYER

**Brian F Hill  Kathryn A Keating-hill**

222 CHESTNUT DR WRIGHTSTOWN NJ 085621625

### LENDER DETAILS

LENDER
Bank

MORTGAGE
$160,000

### COUNTY RECORDS

APN #
26 00800- 01-00010

DOCUMENT TYPE
Deed Of Trust

COUNTY
Burlington

PURCHASE TYPE
Mortgage

## TITLE RECORDS

### TRANSACTION ID
911926353

### COMPANY
Wfg Lender Services

### CODE
13711

### BLOCK
8001

### LOT
10

---

## MORTGAGES RECORDS

### TERM
30 years

### TERM DATE
09/21/2050

### RATE TYPE
Adjustable Rate

### LENDER NAME
Bank Of America

### LENDER ADDRESS
Charlotte, NC

---

## BUYER RECORDS

VESTING CHANGES

# Property Taxes



PROPERTY TAX

$9,544

TAX RATE

2.39%

CHANGE FROM
LAST YEAR

+6.1%



LAND VALUE

$73,500

IMPROVEMENT VALUE

$326,500

TOTAL VALUE

$400,000

## Property Tax History



| YEAR | PROPERTY TAX | CHANGE |
|------|--------------|--------|
| 2025 | $9,544 | +6.1% |

| LAND | | ADDITIONS | | ASSESSMENT |
|---|---|---|---|---|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|---|---|---|
| 2021 | $8,996 | **+0.3%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|---|---|---|---|---|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|---|---|---|
| 2020 | $8,972 | **+5.6%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|---|---|---|---|---|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|---|---|---|
| 2019 | $8,496 | **0.0%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|---|---|---|---|---|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|---|---|---|
| 2018 | $8,496 | **+2.2%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|---|---|---|---|---|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|---|---|---|
| 2017 | $8,316 | **+0.3%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|---|---|---|---|---|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|---|---|---|
| 2016 | $8,292 | **-0.6%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|---|---|---|---|---|
| $73,500 | + | $326,500 | = | $400,000 |

| YEAR | PROPERTY TAX | CHANGE |
|---|---|---|
| 2015 | $8,344 | **+5.9%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|---|---|---|---|---|
| $76,000 | + | $326,500 | = | $402,500 |

| YEAR | PROPERTY TAX | CHANGE |
|---|---|---|
| 2014 | $7,880 | **+4.3%** |

| LAND | | ADDITIONS | | ASSESSMENT |
|---|---|---|---|---|
| $85,000 | + | $335,700 | = | $420,700 |

Case 1:26-cv-09914-KMW-MJS    Document 11-5    Filed 04/18/26    Page 18 of 19 PageID: 85

| YEAR | PROPERTY TAX | CHANGE |
|------|-------------|--------|
| 2013 | $7,556 | 0.0% |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $85,000 | + | $335,700 | = | $420,700 |

| YEAR | PROPERTY TAX | CHANGE |
|------|-------------|--------|
| 2012 | $7,556 | +1.1% |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $85,000 | + | $335,700 | = | $420,700 |

| YEAR | PROPERTY TAX | CHANGE |
|------|-------------|--------|
| 2011 | $7,472 | +4.8% |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $85,000 | + | $335,700 | = | $420,700 |

| YEAR | PROPERTY TAX | CHANGE |
|------|-------------|--------|
| 2010 | $7,127 | −2.6% |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $60,500 | + | $160,850 | = | $221,350 |

| YEAR | PROPERTY TAX | CHANGE |
|------|-------------|--------|
| 2009 | $7,316 | +12.8% |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $60,500 | + | $160,850 | = | $221,350 |

| YEAR | PROPERTY TAX | CHANGE |
|------|-------------|--------|
| 2008 | $6,483 | 0.0% |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $60,500 | + | $160,850 | = | $221,350 |

| YEAR | PROPERTY TAX | CHANGE |
|------|-------------|--------|
| 2007 | $6,483 | − |

| LAND | | ADDITIONS | | ASSESSMENT |
|------|---|-----------|---|------------|
| $60,500 | + | $160,850 | = | $221,350 |

# Building Permits

No Building Permits found

# Foreclosures

No Foreclosures found