# Exhibit F



**(609) 752-2017**

Hello Brandon

Fri 11:30 AM

Hello who is this?

(609) 752-2017 • Fri 12:23 PM

Is this Brandon Hill of Wrightstown, NJ?

Fri 1:32 PM

Yes. Who is this?

(609) 752-2017 • Fri 2:18 PM

Please check your email, at the email addresses of blackfire652, brandonhillathom, skibbidyviddity, and thedropoutscout (all @gmail.com).

Fri 4:34 PM

Lmao

(609) 752-2017 • Fri 7:01 PM

This is acerthorn? Directly? Lmao

(609) 752-2017 • Fri 7:05 PM

So you have no intention of reaching any sort of resolution?

Fri 7:25 PM