# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:24–cv–01173–MN

Stebbins v. Doe
Assigned to: Judge Maryellen Noreika
Demand: $150,000
 Related Cases:   1:24–mc–00478–MN
                  1:24–cv–01174–MN
Cause: 28:1338 Copyright Infringement

Date Filed: 10/21/2024
Date Terminated: 05/13/2025
Jury Demand: None
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**David Stebbins**                                          represented by   **David Stebbins**
                                                                            David Stebbins
                                                                            123 Westridge Street
                                                                            Apt D
                                                                            Harrison, AR 72601
                                                                            870–204–6024
                                                                            Email: acerthorn@yahoo.com
                                                                            PRO SE

V.

**Defendant**

**John Doe**
*doing business as*
Skibbity Dibbity

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2024 | Ï 1 | MOTION for Leave to Proceed in forma pauperis – filed by David Stebbins. (Attachments: # 1 Envelope)(mpb) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 2 | COMPLAINT filed Pro Se against John Doe – filed by David Stebbins. (No Civil Cover Sheet) (Attachments: # 1 Cover Letter, # 2 Envelope)(mpb) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 3 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (mpb) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 4 | MOTION for E–Filing Rights – filed by David Stebbins. (Attachments: # 1 Envelope)(mpb) (Entered: 10/22/2024) |
| 10/21/2024 | Ï | Remark: A Magistrate Consent Form, Acknowledgment of Magistrate Consent Form, and Pro–se Privacy Notice have been mailed to the Plaintiff. (mpb) (Entered: 10/22/2024) |
| 10/23/2024 | Ï | Case Assigned to Judge Maryellen Noreika. Please include the initials of the Judge (MN) after the case number on all documents filed. Associated Cases: 1:24–cv–01173–MN, 1:24–cv–01174–MN (rjb) (Entered: 10/23/2024) |
| 10/25/2024 | Ï 5 | ORDER GRANTING 1 Motion for Leave to Proceed in forma pauperis. Signed by Judge Maryellen Noreika on 10/25/2024. ***Copy mailed to Pro Se Plaintiff 10/25/2024*** (dlw) |

| | | (Entered: 10/25/2024) |
|---|---|---|
| 10/28/2024 | Ï 6 | ORDER DENYING without prejudice to renew 4 MOTION for E–Filing Rights. Signed by Judge Maryellen Noreika on 10/28/2024. ***Copy mailed to Pro Se Plaintiff 10/28/2024*** (dlw) (Entered: 10/28/2024) |
| 11/04/2024 | Ï 7 | RENEWED MOTION for Authorization to File Electronically – filed by David Stebbins. (cdd) (Entered: 11/04/2024) |
| 11/14/2024 | Ï 8 | ORDER GRANTING (12) in 1:24–mc–00478–MN; (7) in 1:24–cv–01173–MN; (7) in 1:24–cv–01174–MN Renewed Motion for Authorization to File Electronically. Signed by Judge Maryellen Noreika on 11/14/2024. ***Copy electronically mailed to Pro Se Petition/Plaintiff 11/14/2024*** (dlw) (Entered: 11/14/2024) |
| 05/13/2025 | Ï 9 | ORDER – IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to immediately TRANSFER this action to the United States District Court for the Western District of Arkansas, Harrison Division. Signed by Judge Maryellen Noreika on 5/13/2025. (dlw) (Entered: 05/13/2025) |
| 05/13/2025 | Ï | Case electronically transferred to the United States District Court for the Western District of Arkansas, Harrison Division. (dlw) (Entered: 05/13/2025) |
| 01/07/2026 | Ï 10 | MOTION to Transfer Case to TBA – filed by David Stebbins. (Attachments: # 1 Exhibit A)(Stebbins, David) (Entered: 01/07/2026) |
| 04/18/2026 | Ï 11 | Supplemental MEMORANDUM in Support re 10 MOTION to Transfer Case to the US District Court for the District of New Jersey filed by David Stebbins. Answering Brief/Response due date per Local Rules is 5/4/2026. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Stebbins, David) Modified on 4/20/2026 (dlw). (Entered: 04/18/2026) |
| 08/05/2026 | Ï 12 | ORDER GRANTING 10 Motion to Transfer Case to the United States District Court for the District of New Jersey. Signed by Judge Maryellen Noreika on 8/5/2026. (dlw) (Entered: 08/05/2026) |