UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

DAVID STEBBINS,                                             PLAINTIFF

VS.                          Case No. <u>1:26-cv-09914</u>

BRANDON HILL                                               DEFENDANT

### <u>MOTION FOR SERVICE OF PROCESS BY THE US MARSHALL</u>

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Service of Process by the US Marshall in the above-styled action.

1. I applied for (ECF 1) and was granted (ECF 5) leave to proceed in forma pauperis in this case by the previous court.

2. This means that I am entitled to have service of process in this action be performed by the US Marshall at no cost to me. See Fed.R.Civ.P. 4(c)(3).

3. I therefore move for precisely that.

4. According to subpoenaed information, the Defendant's name is Brandon Hill and can most likely be served with process at the address of 222 Chestnut Dr., Wrightstown, NJ 08562. See ECF 11.

5. If Hill does not reside at that address at the time the Marshall attempts service, the I ask that the Marshall inquire about Hill's current whereabouts, and attempt service at that new location instead, before returning the service unexecutable.

So requested on this, the 6th day of August, 2026.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

-1-